Daren M. Schlecter, Esq. (SBN 259537)
Law Office of Daren M. Schlecter, A Prof. Corp.
10866 Wilshire Blvd., Suite 1270
Los Angeles, CA 90024
Telephone (310) 553-5747
Telecopier (310) 553-5487

Attorney for Creditor
Swift Financial LLC

**FILED & ENTERED**

NOV 07 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

ARMEN DAVIDIAN

              Debtor

) Case No. 1:25-BK-11688-MB
)
) Chapter 7
)
) **ORDER APPROVING STIPULATION**
) **BETWEEN DEBTOR**
) **ARMEN DAVIDIAN AND**
) **CREDITOR SWIFT FINANCIAL LLC**
) **TO EXTEND DEADLINE TO FILE**
) **COMPLAINTS AND OTHER**
) **PLEADINGS UNDER 11 U.S.C.**
) **§523(a)**

1

The Stipulation to Extend Deadline to File Complaints and Other Pleadings under 11 U.S.C. §523(a) (the "Stipulation") by and between Armen Davidian ("Debtor") and Swift Financial, LLC ("Swift" or "Creditor") was filed as Docket 15 in this case. The Court, having considered the Stipulation, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved and made an Order of this Court;

2. Swift Financial, LLC is hereby granted a further extension of time through and including **February 2, 2026** to: a) timely file a Complaint in this case under 11 U.S.C. §523(a)(2), (4) and/or (6) against the Debtor; b) timely file a Complaint in this case under 11 U.S.C. §727; c) timely take such other steps which may be needed to preserve and enforce its rights to pursue an adversary proceeding under 11 U.S.C. §523/727.

###

Date: November 7, 2025

_____
Martin R Barash
United States Bankruptcy Judge