United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 25-11688-MB |
| Armen Davidian | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 07, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

**Recip ID        Recipient Name and Address**
db              + Armen Davidian, 8517 Marklein Avenue, North Hills, CA 91343-5820

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:

**Name**                        **Email Address**

Daren M Schlecter
                                on behalf of Creditor Swift Financial LLC daren@schlecterlaw.com, assistant@schlecterlaw.com

Daren M Schlecter
                                on behalf of Interested Party Interested Party daren@schlecterlaw.com  assistant@schlecterlaw.com

Joseph C Delmotte
                                on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Sandra McBeth (TR)
                                jwalker@mcbethlegal.com  CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

Sevan Gorginian
                                on behalf of Debtor Armen Davidian sevan@gorginianlaw.com  2486@notices.nextchapterbk.com;ani@gorginianlaw.com

United States Trustee (SV)
                                ustpregion16.wh.ecf@usdoj.gov

District/off: 0973-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 07, 2025 | Form ID: pdf042 | Total Noticed: 1
TOTAL: 6

Daren M. Schlecter, Esq. (SBN 259537)
Law Office of Daren M. Schlecter, A Prof. Corp.
10866 Wilshire Blvd., Suite 1270
Los Angeles, CA 90024
Telephone (310) 553-5747
Telecopier (310) 553-5487

Attorney for Creditor
Swift Financial LLC

**FILED & ENTERED**

NOV 07 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

ARMEN DAVIDIAN

             Debtor

_____

Case No. 1:25-BK-11688-MB

Chapter 7

**ORDER APPROVING STIPULATION BETWEEN DEBTOR ARMEN DAVIDIAN AND CREDITOR SWIFT FINANCIAL LLC TO EXTEND DEADLINE TO FILE COMPLAINTS AND OTHER PLEADINGS UNDER 11 U.S.C. §523(a)**

1

The Stipulation to Extend Deadline to File Complaints and Other Pleadings under 11 U.S.C. §523(a) (the "Stipulation") by and between Armen Davidian ("Debtor") and Swift Financial, LLC ("Swift" or "Creditor") was filed as Docket 15 in this case.  The Court, having considered the Stipulation, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved and made an Order of this Court;

2. Swift Financial, LLC is hereby granted a further extension of time through and including **February 2, 2026** to: a) timely file a Complaint in this case under 11 U.S.C. §523(a)(2), (4) and/or (6) against the Debtor; b) timely file a Complaint in this case under 11 U.S.C. §727; c) timely take such other steps which may be needed to preserve and enforce its rights to pursue an adversary proceeding under 11 U.S.C. §523/727.

###

Date: November 7, 2025

Martin R Barash
United States Bankruptcy Judge