| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Daren M. Schlecter, Esq. (SBN 259537) Law Office of Daren M. Schlecter, A Prof. Corp.<br>10866 Wilshire Blvd., Suite 1270 Los Angeles, CA 90024<br>Telephone (310) 553-5747 Telecopier (310) 553-5487<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Swift Financial, LLC. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>ARMEN DAVIDIAN<br><br><br><br>Debtor(s) | CASE NO.: 1:25-BK-11688-MB<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>STIPULATION BETWEEN DEBTOR AND SWIFT FINANCIAL TO EXTEND DEADLINE TO FILE COMPLAINTS & OTHER PLEADINGS UNDER 11 U.S.C. §523(a) |

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING STIPULATION BETWEEN DEBTOR ARMEN DAVIDIAN AND CREDITOR SWIFT FINANCIAL, LLC TO EXTEND DEADLINE TO FILE COMPLAINTS AND OTHER PLEADINGS UNDER 11 U.S.C. §523(a)</u>
was lodged on (*date*) <u>1/14/26</u> and is attached.  This order relates to the motion which is docket number 28 <u> </u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 1                                       **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10866 Wilshire Blvd., Suite 1270, LA CA 90024

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __1/14/26_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Joseph C Delmotte on behalf of Interested Party Courtesy NEF, ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com; jdelmotte@aldridgepite.com, Sevan Gorginian on behalf of Debtor Armen Davidian, 2486@notices.nextchapterbk.com; ani@gorginianlaw.com, sevan@gorginianlaw.com, Sandra McBeth (TR), jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com, United States Trustee (SV), ustpregion16.wh.ecf@usdoj.go
Daren M Schlecter on behalf of Interested Party Interested Party daren@schlecterlaw.com, assistant@schlecterlaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) __1/14/26_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Pursuant to Judge's Rules, no Chambers Copy

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 1/14/2026 | Daren M. Schlecter | /s/ Daren M. Schlecter |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    Page 2                                    F 9013-3.1.PROOF.SERVICE