United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11688-MB |
| Armen Davidian | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 16, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Armen Davidian, 8517 Marklein Avenue, North Hills, CA 91343-5820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 18, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |
| Daren M Schlecter | on behalf of Creditor Swift Financial LLC daren@schlecterlaw.com, assistant@schlecterlaw.com |
| Daren M Schlecter | on behalf of Interested Party Interested Party daren@schlecterlaw.com assistant@schlecterlaw.com |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Sandra McBeth (TR) | jwalker@mcbethlegal.com CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com |
| Sevan Gorginian | on behalf of Debtor Armen Davidian sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |

| District/off: 0973-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 16, 2026 | Form ID: pdf042 | Total Noticed: 1 |

United States Trustee (SV)
                ustpregion16.wh.ecf@usdoj.gov

TOTAL: 7

```
1   Daren M. Schlecter, Esq. (SBN 259537)
2   Law Office of Daren M. Schlecter, A Prof. Corp.
    10866 Wilshire Blvd., Suite 1270
3   Los Angeles, CA 90024
    Telephone (310) 553-5747
4   Telecopier (310) 553-5487
5
6   Attorney for Creditor Swift Financial LLC
```

**FILED & ENTERED**

**JAN 16 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Cetulio    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re: | Case No. 1:25-bk-11688-MB |
|---|---|
| ARMEN DAVIDIAN, | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION BY AND BETWEEN DEBTOR ARMEN DAVIDIAN AND CREDITOR SWIFT FINANCIAL LLC FOR PRODUCTION OF DOCUMENTS FROM WELLS FARGO BY 2004 EXAMINATION/SUBPOENA** |

The Stipulation for production of documents from Wells Fargo by 2004 examination/subpoena (the "Stipulation") by and between Armen Davidian ("Debtor") and Swift Financial, LLC ("Swift" or "Creditor") was filed as Docket 29 in this case. The Court, having considered the Stipulation, and good cause appearing, IT IS HEREBY ORDERED:

///

///

///

1

1. The Stipulation is hereby approved ~~and made an Order of this Court~~;

2. Pursuant to the Stipulation, Debtor <u>is deemed to</u> consent~~s~~ to <u>Swift's issuance of a subpoena to Wells Fargo and</u> Wells Fargo's production of documents requested <u>in the Schedule "A" attached to the Stipulation</u>.

### #

Date: January 16, 2026

Martin R Barash
United States Bankruptcy Judge

2