# United States Bankruptcy Court
# Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367−6603**

## NOTICE AND ORDER VACATING DISCHARGE

**DEBTOR INFORMATION:**
Armen Davidian
dba GS Custom Bar & Furniture

**BANKRUPTCY NO.** 1:25−bk−11688−MB

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−2656
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** N/A

**Address:**
8517 Marklein Avenue
North Hills, CA 91343

A Discharge of Debtor(s) was noticed as a result of clerical error.

**THE DISCHARGE IS HEREBY VACATED.**

Dated: February 9, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form novd Rev. 03/09) VAN−59

**37 / JC**