Daren M. Schlecter, Esq. (SBN 259537)
Law Office of Daren M. Schlecter, A Prof. Corp.
10866 Wilshire Blvd., Suite 1270
Los Angeles, CA 90024
Telephone (310) 553-5747
Telecopier (310) 553-5487

Attorney for Creditor
Swift Financial LLC

**FILED & ENTERED**

FEB 19 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

ARMEN DAVIDIAN

            Debtor

Case No. 1:25-BK-11688-MB

Chapter 7

**ORDER AUTHORIZING BANKRUPTCY RULE 2004 EXAMINATION/ PRODUCTION OF DOCUMENTS PURSUANT TO LOCAL BANKRUPTCY RULE 2004-1;**

**[No Hearing Required LBR 9013-1(p)(3), LBR 2004-1(c)&(d)]**

**Proposed Production Deadline:**
February 25, 2026
Time: 10:00 a.m.
Place: 10866 Wilshire Blvd., Suite 1270
Los Angeles, CA 90024

1

The Court, having reviewed and considered the "Notice of Motion and Motion for Order Authorizing Bankruptcy Rule 2004 Examination/Production of Documents Pursuant to Local Bankruptcy Rule 2004-1" (the "Motion", Doc 36), the Declaration re No Party In Interest Requesting a Hearing on the Motion having been filed on February 12, 2026 (Doc 39), and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. An agent of Wells Fargo shall appear for examination by mutually agreeable means on February 25, 2026 at 10:00 a.m. if necessary.

3. That the documents listed and identified in Exhibit "3" of the Declaration of Daren M. Schlecter – the Wells Fargo Subpoena, be produced to the Law Office of Daren M. Schlecter, A Prof. Corp. by February 25, 2026 no later than 5:00 p.m.

###

Date: February 19, 2026

Martin R Barash
United States Bankruptcy Judge